Argued and submitted August 4, 1993, affirmed May 4, 1994

## STATE OF OREGON,
*Appellant,*

*v.*

## CHARLES BEAN OLIVER,
*Respondent.*

(92-06-232CR, 92-06-233CR;
CA A77713 (Control), A77714)
(Cases Consolidated)

873 P2d 345

Timothy A. Sylwester, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Daniel L. Cronin argued the cause and filed the brief for respondent.

Before Deits, Presiding Judge, and Richardson, Chief Judge, and Haselton, Judge.*

PER CURIAM

Affirmed. *State v. Cookman,* 127 Or App 283, 873 P2d 335 (1994).

_____

* Haselton, J., *vice* Durham, J.